SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIK CHO YOUNG D/B/A OLYMPIC ALIGNMENT & AUTO CARE; LOURDES Q. GALINDO, AS TRUSTEE OF THE ARCENIO S. GALINDO AND LOURDES Q. GALINDO FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-02734-MWF (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LOURDES Q. GALINDO, AS TRUSTEE OF THE ARCENIO S. GALINDO AND LOURDES Q. GALINDO FAMILY TRUST** |

　　**PLEASE TAKE NOTICE** that Plaintiff MARQUISE BAILEY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant LOURDES Q. GALINDO, AS TRUSTEE OF THE ARCENIO S. GALINDO AND LOURDES Q. GALINDO FAMILY TRUST ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　　(a) **Voluntary Dismissal.**

  (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  June 26, 2025    SO. CAL. EQUAL ACCESS GROUP

        By: */s/  Jason J. Kim*
          Jason J. Kim
           Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**