SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIK CHO YOUNG D/B/A OLYMPIC ALIGNMENT & AUTO CARE; LOURDES Q. GALINDO, AS TRUSTEE OF THE ARCENIO S. GALINDO AND LOURDES Q. GALINDO FAMILY TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:25-cv-02734-MWF (AGRx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARQUISE BAILEY ("Plaintiff") and Defendant SIK CHO YOUNG D/B/A OLYMPIC ALIGNMENT & AUTO CARE stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

Respectfully submitted,

DATED: October 21, 2025        SO. CAL. EQUAL ACCESS GROUP


By:  */s/  Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff


DATED: October 21, 2025        LAW OFFICES OF S. CALVIN MYUNG


By:  */s/ S. Calvin Myung*
     S. Calvin Myung, Esq.
     Attorneys for Defendants
     SIK CHO YOUNG D/B/A OLYMPIC
     ALIGNMENT & AUTO CARE


### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: October 21, 2025        By: */s/ Jason J. Kim*
                                   Jason J. Kim